THOMAS MARGIASSO ET AL., RESPONDENTS, v. HOME BUILDING AND LOAN ASSOCIATION, APPELLANT.

Submitted October 28, 1932—Decided January 23, 1933.

For the respondents, *Skolkin & Cohen.*

For the appellant, *Louis A. Cowley.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court, and printed in 10 *N. J. Mis. R.* 516.

*For affirmance*—TRENCHARD, PARKER, CASE, DONGES, BROGAN, HEHER, KAYS, HETFIELD, WELLS, KERNEY, JJ. 10.

*For reversal*—None.